**Order entered August 1, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00445-CV

**RICHMAN TRUSTS, A TEXAS GENERAL PARTNERSHIP, MARC H. RICHMAN, AND HARVEY A. RICHMAN, Appellants**

**V.**

**RALPH LUBINS TIME, INDIVIDUALLY, AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF JUDITH SHARON RICHMAN, DECEASED, AND AS TRUSTEE OF THE RICHMAN 2008, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-15404**

## ORDER

The reporter's record in this case is past due. By postcard dated June 15, 2022, we notified Antionette Reagor, Official Court Reporter for the 68th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, the reporter's record has not been

filed nor has Ms. Reagor corresponded with the Court regarding the status of the reporter's record.

Accordingly, we **ORDER** Ms. Reagor to file, within **TWENTY DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that appellants have not requested the record; or (3) written verification that appellants have not paid for or made arrangements to pay for the reporter's record. *We notify appellants that if we receive verification they have not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Martin Hoffman
Presiding Judge
68th Judicial District Court

Antoinette Reagor
Official Court Reporter
68th Judicial District Court

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE